IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHASTA HOWELL,

    Plaintiff,

  v.                                                                     Case No.  19-cv-732-wmc

WISCONSIN DEPARTMENT OF
CHILDREN AND FAMILY,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |